RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/8/05

RECEIVED
JUN - 9 2005
ROBERT ___ CLERK
WESTERN DI___ OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE/OPELOUSAS DIVISION

| | | |
|---|---|---|
| **METRO ELECTRIC & MAINTENANCE, INC.** | * | **CIVIL ACTION NO. 05-0609** |
| **VERSUS** | * | **JUDGE MELANÇON** |
| **BANK ONE CORPORATION AND JANECE RISER** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the entire record, noting the absence of objections, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Dismiss filed by JPMorgan Chase Bank, N.A. is GRANTED, and that this action is hereby DISMISSED WITH PREJUDICE.

Thus done and signed this 7th day of July, 2005, at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge

COPY SENT
DATE 7/8/05
BY
TO